Joseph Oot, Respondent, v. The Village of East Syracuse, Appellant.— Judgment affirmed, with costs. All concurred.

Wright & Alexander Company, Respondent, v. David A. Alexander, Appellant.— Judgment affirmed, with costs. All concurred.

Harriett S. Arnett, Appellant, v. State Mutual Life Insurance Society, Respondent.— Motion to amend decision denied, with ten dollars costs.

Clarence I. Ripley, Appellant, v. Frederick Frazer, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Lyell Avenue Lumber Company, Respondent, v. Margaret V. Lighthouse and Others, Appellants.— Motion for reargument denied.

The Village of Angola, Appellant, v. Lake Shore and Michigan Southern Railway Company, Respondent.— Motion to dismiss appeal denied, with ten dollars costs.

Mary R. Stedman, Respondent, v. The Town of Osceola, Appellant.— Motion to amend decision denied.

Frank H. Kingston, an Infant, etc., Appellant, v. Charles E. Walbridge and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Emanuel J. M. Block, Appellant, v. Mabel M. Block, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Oscar Weaver, Appellant, v. John M. Young and Others, Respondents. — Appeal dismissed, without costs, upon stipulation filed.

Lillian Casey, an Infant, by Charles D. Leonard, Her Guardian ad Litem, Respondent, v. Martin E. Wollf, as Executor, etc., of James D. Casey, Deceased, Appellant.— Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. Held, that the complaint is insufficient in that no breach of the alleged agreement is alleged. All concurred.

Electric Railroad Advertising Company, Respondent, v. New York State Railways, Appellant.— Judgment modified by inserting the word "advertising" before the word "signs" so as to read "advertising matter or advertising signs," and by adding at the end of the same paragraph the following: "But the use of signs indicating the route, destination of its cars, or containing notice to its patrons as to the car or line to reach a particular place, is not enjoined." And as so modified the judgment is affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Application of William Bowerman, an Elector of the Town of Victor, Ontario County, N. Y., Appellant, for an Order to Strike the Name of Frank H. Powell, Respondent, from the Register of Electors, etc., under Section 153 of the Election Law.* — Order affirmed, without costs of this appeal to either party. All concurred; Robson, J., not sitting.

In the Matter of the Application of Addison S. Harrington, Administrator, etc., of James A. Harrington, Deceased, Appellant, to Establish a

---

* Consol. Laws, chap. 17 (Laws of 1909, chap. 22), § 153, as amd. by Laws of 1911, chaps. 649, 740.— [REP.